# UNITED STATES DISTRICT COURT
for the

Middle District of Georgia

**Appendix A**

Toru Tanaka Gole )
                )  Case No. _____
                )        *(to be filled in by the Clerk's Office)*
*Plaintiff(s)*  )
*(Write the full name of each plaintiff who is filing this complaint.*  )
*If the names of all the plaintiffs cannot fit in the space above,*     )  Jury Trial: *(check one)*   ☐ Yes   ☐ No
*please write "see attached" in the space and attach an additional*     )
*page with the full list of names.)*                                    )
              -v-                                                       )
                                                                        )
                                                                        )
                                                                        )
Shawn Carter                                                            )
                                                                        )
*Defendant(s)*                                                          )
*(Write the full name of each defendant who is being sued. If the*      )
*names of all the defendants cannot fit in the space above, please*     )
*write "see attached" in the space and attach an additional page*       )
*with the full list of names.)*                                         )

## COMPLAINT FOR A CIVIL CASE

### I. The Parties to This Complaint

#### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | ~~Shawn~~ Toru Gole |
| Street Address | 580 Blue Ruin Street |
| City and County | Monticello, GA 31064 |
| State and Zip Code | Georgia 31064 |
| Telephone Number | 601 301 4594 |
| E-mail Address | torgo18@yahoo.com |

#### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Defendant No. 1
  Name: Shawn CARTER
  Job or Title (if known): Jay Z Rapper
  Street Address:
  City and County: Brooklyn, New York
  State and Zip Code: 11237
  Telephone Number: Change number (unknown)
  E-mail Address (if known):

Defendant No. 2
  Name:
  Job or Title (if known):
  Street Address:
  City and County:
  State and Zip Code:
  Telephone Number:
  E-mail Address (if known):

Defendant No. 3
  Name:
  Job or Title (if known):
  Street Address:
  City and County:
  State and Zip Code:
  Telephone Number:
  E-mail Address (if known):

Defendant No. 4
  Name:
  Job or Title (if known):
  Street Address:
  City and County:
  State and Zip Code:
  Telephone Number:
  E-mail Address (if known):

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

☐ Federal question      ☒ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A. If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

_____

_____

### B. If the Basis for Jurisdiction Is Diversity of Citizenship

1. The Plaintiff(s)

    a. If the plaintiff is an individual
       The plaintiff, *(name)* __Toru Tanaka Gotel__ is a citizen of the State of *(name)* __Georgia__.

    b. If the plaintiff is a corporation
       The plaintiff, *(name)* _____ is incorporated under the laws of the State of *(name)* _____ and has its principal place of business in the State of *(name)* _____.

    (If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)

2. The Defendant(s)

    a. If the defendant is an individual
       The defendant, *(name)* __Shawn Carter__ is a citizen of the State of *(name)* __New York__. Or is a citizen of (foreign nation) _____.

    b. If the defendant is a corporation

21

The defendant. *(name)* _____ is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____.
Or is incorporated under the laws of *(foreign nation)* _____
and has its principal place of business in *(name)* _____.

(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)

3. The Amount in Controversy

The amount in controversy-the amount the plaintiff claims the defendant owes or the amount at stake-is more than $75,000, not counting interest and costs of court, because *(explain)*:

Contract is for 20 years and 40 million dollars

### III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

Toru Tanaka Gotel went into 20 year contract in 1992 with SHAWN CARTER and Jermani Depree for part ownership of So So Def entertainment. After 20 years was up I was suppose to recieve a sum of 40 million dollars. I never got no money out of contract so now I am demanding and sueing for 40 million dollars that is owe to me. Since the year of 2012.

### IV. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

Statment of Relief I. I am demanding a sum of 40 million dollars for my contract. of part ownership of So So Def.

## V. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 11-1-2021

Signature of Plaintiff: *[signature]*
Printed Name of Plaintiff: TORU Gotel

### B. For Attorneys

Date of signing: _____

Signature of Attorney _____
Printed Name of Attorney _____
Bar Number _____
Name of Law Firm _____
Street Address _____
State and Zip Code _____
Telephone Number _____
E-mail Address _____

**APPENDIX B**

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing <u>Toru Tanaka Cael vs Shawn Carter</u>
(Name of pleading)

was mailed/delivered to <u>Shawn Carter</u> at <u>New York</u>
(Name of defendant(s) or    (Physical or E-Mail Address)
defendant's attorney)

<u>Tom Dood</u>
(Signature and date)

<u>580 Blue Ruin St.</u>
(Address)

<u>601 301 4594</u>
(Phone Number)

24