# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# MACON DIVISION

| | |
|---|---|
| **TORU TANAKA GOTEL,**<br><br>*Plaintiff,*<br><br>v.<br><br>**SHAWN CARTER,** *a.k.a. Jay-Z (Rapper)*,<br><br>*Defendant.* | **CIVIL ACTION NO.**<br>**5:21-cv-00388-TES** |

## ORDER REOPENING CASE

On November 4, 2021, this Court ultimately dismissed Plaintiff's breach of contract claim asserted in her Complaint [Doc. 1] against Shawn Carter (known professionally as rapper Jay-Z) without prejudice under 28 U.S.C. § 1915(e)(2)(B)(ii). *See generally* [Doc. 3]; *Gotel v. Carter*, No. 21-14030, 2022 WL 433704, at *2 n.1 (11th Cir. Feb. 14, 2022) (per curiam). That same day, the Clerk of Court entered Judgment [Doc. 4] "dismissing [her] case." [Doc. 4, p. 1]. Six days later, Plaintiff filed an Amended Complaint [Doc. 5] and a Notice of Appeal [Doc. 6] "at the same time." *Gotel*, 2022 WL 433704, at *2.

Although the Circuit affirmed this Court's ruling on appeal, it noted that Plaintiff's Amended Complaint "remains pending on the district court's docket." *Id.* at *2, *4. With the issuance of the Circuit's Mandate [Doc. 11] on March 15, 2022, this Court now has jurisdiction to address Plaintiff's Amended Complaint. *Zaklama v. Mount Sinai*

*Med. Ctr.*, 906 F.2d 645, 649 (11th Cir. 1990) (citing Fed. R. App. P. 41) ("[A] district court generally is without jurisdiction to rule in a case that is on appeal, despite a decision by [the Circuit], until the mandate has issued."). So that this Court can address Plaintiff's Amended Complaint, it **DIRECTS** the Clerk of Court to **REOPEN** this case.

A subsequent order addressing Plaintiff's Amended Complaint shall be forthcoming.

**SO ORDERED**, this 1st day of April, 2022.

S/ Tilman E. Self, III
**TILMAN E. SELF, III, JUDGE**
**UNITED STATES DISTRICT COURT**
